UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CREATIVE DIRECTION CONSTRUCTION & DESIGN, LLC,

Plaintiff,

- against -

HARCO NATIONAL INSURANCE COMPANY,

Defendant.
------------------------------------------------------------X

**NOTICE OF APPEAL**

Docket No.: 25-cv-179 (FJS/DJS)

**PLEASE TAKE NOTICE** that defendant **HARCO NATIONAL INSURANCE COMPANY** appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 29, 2026 (ECF No. 23).

Dated: October 22, 2026

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Defendant
*Harco National Insurance Company*

By: *s/ Adam P. Friedman*
Adam P. Friedman

Bar Roll No.: 510050
11 Times Square, 34th Floor
New York, New York 10036
(212) 973-0572
afriedman@csglaw.com

APPEAL,CLOSED

# U.S. District Court
# Northern District of New York − Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:25−cv−00179−FJS−DJS
***Internal Use Only***

Creative Direction Construction & Design, LLC v. Harco National Insurance Company
Assigned to: Senior Judge Frederick J. Scullin, Jr
Referred to: Magistrate Judge Daniel J. Stewart
Cause: 28:1332 Diversity−Insurance Contract

Date Filed: 02/07/2025
Date Terminated: 09/29/2026
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Creative Direction Construction & Design, LLC** represented by **Steven Glassberg**
Glassberg & Associates, LLC
8 Haven Avenue − Suite 215
Port Washington, NY 11050
212−608−6726
Email: steve@glassbergassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

V.

**Defendant**

**Harco National Insurance Company** represented by **Adam P. Friedman**
Chiesa Shahinian & Giantomasi PC
11 Times Square, 34th Floor
New York, NY 10036
973−530−2029
Fax: 973−530−2229
Email: afriedman@csglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2025 | 1 | COMPLAINT against Harco National Insurance Company (Filing fee $405 receipt number ANYNDC−7023129) filed by Creative Direction Construction & Design, LLC. (Attachments: # 1 Civil Cover Sheet)(ham) (Entered: 02/10/2025) |
| 02/10/2025 | 2 | Summons Issued as to Harco National Insurance Company. (ham) (Entered: 02/10/2025) |
| 02/10/2025 | 3 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 5/12/2025 10:00 AM in Albany before Magistrate Judge Daniel J. Stewart. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 5/5/2025. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (ham) (Entered: 02/10/2025) |
| 02/12/2025 | 4 | AFFIDAVIT of Service for Summons and Complaint and Civil Cover Sheet served on Dept of Financial Services on Feb 12, 2025, filed by Creative Direction Construction & Design, LLC. (Glassberg, Steven) (Entered: 02/12/2025) |

| | | |
|---|---|---|
| 02/13/2025 | | ***Answer due date updated for Harco National Insurance Company. Answer due 3/5/2025. (ham) (Entered: 02/13/2025) |
| 02/13/2025 | 5 | AMENDED COMPLAINT against Harco National Insurance Company filed by Creative Direction Construction & Design, LLC.(ham) (Entered: 02/13/2025) |
| 02/13/2025 | | CLERK'S CORRECTION OF DOCKET ENTRY: Attorney originally filed 5 as an Amended Document. Clerk was directed by management to delete the docket entry, and re−docket as an Amended Complaint. (ham) (Entered: 02/13/2025) |
| 03/06/2025 | 6 | STIPULATION re 5 Amended Complaint *(extending time to respond)* by Harco National Insurance Company submitted to Judge Scullin. (Attachments: # 1 letter to Court requesting approval of Stipulation)(Friedman, Adam) (Entered: 03/06/2025) |
| 03/07/2025 | 7 | ORDER granting 6 Stipulation filed by Harco National Insurance Company extending its deadline to respond to the Amended Complaint to 3/20/2025. Signed by Magistrate Judge Daniel J. Stewart on 3/7/2025. (spl) (Entered: 03/07/2025) |
| 03/19/2025 | 8 | ANSWER to 5 Amended Complaint by Harco National Insurance Company.(Friedman, Adam) (Entered: 03/19/2025) |
| 03/19/2025 | 9 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Harco National Insurance Company identifying Corporate Parent IAT Insurance Group, Inc. for Harco National Insurance Company.. (Friedman, Adam) (Entered: 03/19/2025) |
| 04/17/2025 | 10 | First MOTION for Summary Judgment filed by Creative Direction Construction & Design, LLC. Motion returnable before Judge Daniel J. Stewart. Response to Motion due by 5/8/2025. Reply to Response to Motion due by 5/15/2025 (Attachments: # 1 Statement of Material Facts, # 2 Memorandum of Law, # 3 Affidavit, # 4 Exhibit(s) Payment Bond, # 5 Exhibit(s) Contract, # 6 Exhibit(s) Change Orders, # 7 Exhibit(s) Payment Application and Lien Release, # 8 Exhibit(s) Payroll Records, # 9 Exhibit(s) Correspondence from Contractor, # 10 Exhibit(s) Communication with Defendant) (Glassberg, Steven) (Entered: 04/17/2025) |
| 04/21/2025 | | TEXT NOTICE: Regarding the 10 First Motion for Summary Judgment filed by Creative Direction Construction & Design, LLC. Motion returnable before Senior Judge Frederick J. Scullin, Jr. Response to Motion is due by 5/8/2025. Reply to Response to Motion is due by 5/15/2025. (rep) (Entered: 04/21/2025) |
| 04/30/2025 | 11 | *Consent* Letter Motion from Adam P. Friedman for Harco National Insurance Company requesting two−week extension of briefing schedule for Plaintiff's summary judgment motion submitted to Judge Frederick J. Scullin, Jr. . (Friedman, Adam) (Entered: 04/30/2025) |
| 05/01/2025 | 12 | TEXT ORDER: Granting defendant's 11 Letter Request for an extension of the briefing schedule as to plaintiff's 10 Motion for Summary Judgment. Response to Motion is now due by 5/22/2025. Reply to Response to Motion due by 5/29/2025. IT IS SO ORDERED by Senior Judge Frederick J. Scullin, Jr on May 1, 2025. (rep) (Entered: 05/01/2025) |
| 05/02/2025 | 13 | *Joint/Consent* Letter Motion from Adam P. Friedman for Harco National Insurance Company requesting postponement of initial conference pending Plaintiff's summary judgment motion submitted to Judge Hon. Daniel J. Stewart . (Friedman, Adam) (Entered: 05/02/2025) |
| 05/05/2025 | 14 | TEXT ORDER: The Rule 16 conference set for 5/12/2025 and the 5/5/2025 deadline for the submission of a joint Civil Case Management Plan and exchange of Mandatory Disclosures are ADJOURNED WITHOUT DATE. The hearing and related deadlines will be reset, if deemed necessary, after disposition of the 10 Motion for Summary Judgment. (spl) (Entered: 05/05/2025) |
| 05/22/2025 | 15 | AFFIDAVIT in Opposition re 10 First MOTION for Summary Judgment filed by Creative Direction Construction & Design, LLC. Motion returnable before Judge Daniel J. Stewart. *(Certification of Kyle P. Murphy)* filed by Harco National Insurance Company. (Attachments: # 1 Exhibit(s) 1 (declaration of default letter dated October 28, 2024), # 2 Exhibit(s) 2 (demand upon performance bond dated October 28, 2024), # 3 Exhibit(s) 3 (takeover agreement), # 4 Exhibit(s) 4 (e−mail regarding roof repairs), # 5 Exhibit(s) 5 (Empire Core letter dated October 21, 2024), # 6 Exhibit(s) 6 (e−mail |

| | | |
|---|---|---|
| | | chain regarding manpower dated September 25, 2024), # 7 Exhibit(s) 7 (notice of potential default dated July 16, 2024), # 8 Exhibit(s) 8 (notice of potential default dated September 9, 2024), # 9 Exhibit(s) 9 (proof of claim))(Friedman, Adam) (Entered: 05/22/2025) |
| 05/22/2025 | 16 | AFFIDAVIT in Opposition re 10 First MOTION for Summary Judgment filed by Creative Direction Construction & Design, LLC. Motion returnable before Judge Daniel J. Stewart. *(Certification of Adam P. Friedman)* filed by Harco National Insurance Company. (Attachments: # 1 Exhibit(s) A (Plaintiff's document demand), # 2 Exhibit(s) B (Plaintiff's initial disclosures), # 3 Exhibit(s) C (news article dated August 15, 2019), # 4 Exhibit(s) D (news article dated August 5, 2020), # 5 Exhibit(s) E (Empire Core answer in Foretrust action), # 6 Exhibit(s) F (e−mail exchange with Wilson & Chan), # 7 Exhibit(s) G (Plaintiff's Summons & Complaint in unrelated action))(Friedman, Adam) (Entered: 05/22/2025) |
| 05/22/2025 | 17 | STATEMENT OF MATERIAL FACTS re 10 First MOTION for Summary Judgment filed by Creative Direction Construction & Design, LLC. Motion returnable before Judge Daniel J. Stewart. *(responding statement)* filed by Harco National Insurance Company. (Friedman, Adam) (Entered: 05/22/2025) |
| 05/22/2025 | 18 | MEMORANDUM OF LAW re 10 Motion for Summary Judgment,, *(Memorandum of Law in Opposition to motion)* filed by Harco National Insurance Company. (Friedman, Adam) (Entered: 05/22/2025) |
| 05/27/2025 | 19 | Letter Motion from Plaintiff Counsel for Creative Direction Construction & Design, LLC requesting Extension of Time on consent *to file Plaintiff's Reply*. (Glassberg, Steven) (Entered: 05/27/2025) |
| 05/29/2025 | 20 | TEXT ORDER: Granting the 19 Letter Request. Plaintiff's Reply to the 10 Motion for Summary Judgment is now due by 6/5/2025. IT IS SO ORDERED by Senior Judge Frederick J. Scullin, Jr on May 29, 2025. (rep) (Entered: 05/29/2025) |
| 06/05/2025 | 21 | REPLY to Response to Motion re 10 Motion for Summary Judgment,, *and supporting documents* filed by Creative Direction Construction & Design, LLC. (Attachments: # 1 Affirmation, # 2 Affidavit, # 3 Exhibit(s), # 4 Exhibit(s))(Glassberg, Steven) (Entered: 06/05/2025) |
| 09/29/2026 | 22 | MEMORANDUM−DECISION AND ORDER: The Court hereby ORDERS that Plaintiff's motion for summary judgement, see Dkt. No. 10 , is GRANTED; and the Court further ORDERS that Plaintiff shall, within thirty days of this Memorandum−Decision and Order, file an affidavit and supporting documentation in support of its request for reasonable attorney's fees; and the Court further ORDERS that Plaintiff's affidavit and documentation in support of its request for attorney's fees shall include (i) contemporary time records of each attorney or staff member who worked on this case; (ii) an explanation of the work performed; (iii) a short biography of each attorney or staff member who worked on the case, including the years of practice; and (iv) the hourly rate charged by each attorney or staff member who worked on this case; and the Court further ORDERS that the Clerk of the Court shall enter judgment in favor of Plaintiff and against Defendant in the sum of $1,123,106.53, together with prejudgment interest at a rate of 9% per annum, accruing from November 26, 2024, to the date that judgment is entered.Signed by Senior Judge Frederick J. Scullin, Jr on September 29, 2026. (aen) (Entered: 09/29/2026) |
| 09/29/2026 | 23 | JUDGMENT in favor of Creative Direction Construction & Design, LLC against Harco National Insurance Company in the sum of $1,123,106.53, together with prejudgment interest at a rate of 9% per annum, accruing from November 26, 2024, to the date that judgment is entered. (aen) (Entered: 09/29/2026) |
| 10/22/2026 | 24 | NOTICE OF APPEAL as to 23 Judgment, by Harco National Insurance Company. Filing fee $ 605, receipt number ANYNDC−7818533. (Friedman, Adam) (Entered: 10/22/2026) |
| 10/22/2026 | 25 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 24 Notice of Appeal (ats) (Entered: 10/22/2026) |
| 10/22/2026 | 26 | Letter Motion from Adam P. Friedman for Harco National Insurance Company requesting approval of Supersedeas Bond submitted to Judge Frederick J. Scullin, Jr. . |

| | | |
|---|---|---|
| | | (Attachments: # 1 Supersedeas Bond, # 2 Declaration (Certification) in support, # 3 Proposed Order/Judgment)(Friedman, Adam) (Entered: 10/22/2026) |