# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Creative Direction Construction & Design, LLC v. Harco National Insurance Company Docket No.: 26-3021

Lead Counsel of Record (name/firm) or Pro se Party (name): Adam P. Friedman
Chiesa Shahinian & Giantomasi PC

Appearance for (party/designation): Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
(☐) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
(☐) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Adam P. Friedman
Firm: Chiesa Shahinian & Giantomasi PC
Address: 11 Times Square, 34th Floor New York, NY 10036
Telephone: (973) 530-2029 Fax: (973) 530-2229
Email: afriedman@csglaw.com

## RELATED CASES

(☑) This case has not been before this Court previously.
(☐) This case has been before this Court previously. The short title, docket number, and citation are: ______

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 02/08/2022 OR that (☐) I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: ______
Type or Print Name: Adam P. Friedman
OR
Signature of pro se litigant: ______
Type or Print Name: ______
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.